K. Tom Kohan, Esq.; SBN: 225420
**KOHAN LAW FIRM**
515 South Figueroa Street, Suite 1200
Los Angeles, California 90071
Tel: (310) 349-1111
Fax: (888)476-7010
Email: tom@kohanlawfirm.com

JS - 6

**Attorneys for Plaintiff**
**MEATCO PROVISIONS, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEATCO PROVISIONS, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALEJANDRO NIEBLAS, an individual aka ALEJANDRO NIEBLAS aka ALEX NIEBLAS; SOUTH FRESH, LLC, an Arizona limited liability company; FONSECA, INC., an Arizona corporation; RITA BANEGAS, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO.**<br>**14-CV-00692 GAF (AGRx)**<br><br>Hon. Gary A. Fees<br><br>**ORDER DISMISSING ENTIRE ACTION** |

//

//

1

**ORDER DISMISSING ENTIRE ACTION**

1  Having reviewed the Stipulation of the Parties re Dismissal of Entire Action,
2  IT IS HEREBY ORDERED THAT:
3  This entire action is hereby dismissed with prejudice pursuant to Fed.R. Civ.
4  P. 41(a)(1)(A)(ii).

DATED: November 3, 2014    By: _____
                                HON. GARY A. FEES
                                UNITED STATES DISTRICT JUDGE

**JS-6**

2

**ORDER DISMISSING ENTIRE ACTION**